UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYKETA SIMS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, INC., an Ohio Corporation and DOES 1 through 60, inclusive,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00050-JAK-PLA<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 24)**<br><br>**JS-6** |

Based upon a review of the stipulation to dismiss the case (the "Stipulation"), the Court finds good cause has been shown to **GRANT** the Stipulation. Accordingly, this action is dismissed with prejudice with each party to pay his or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: September 17, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE